UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-10-485 |
| | § | |
| MARCUS ALLEN BROWN | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(B); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant is substantial.  The defendant had drugs in his hand and a loaded magazine clip in his pocket when stopped by law enforcement.  The findings and conclusions contained in the Pretrial Services Report are adopted as the court's own, except that the court does not agree that a bond is appropriate.  The defendant has several times been conditionally released and has been unable to comply with court-ordered conditions of release.  He has a conviction for failing to report to serve his jail time.  He is a regular drug user with several prior drug convictions.  The

defendant had drugs and a firearm together in his car.  He is a poor bond risk.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 23rd day of June, 2010.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE